JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 606 -- In re D.H. Baldwin Debentures Due 1994 Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 84/07/10 | 1 | MOTION, BRIEF, EXHIBITS A-D, SCHEDULE, AND CERTIFICATE OF SERVICE -- deft. Edward D. Jones & Co. -- SUGGESTED TRANSFEREE DISTRICT: S.D. OHIO, SUGGESTED TRANSFEREE JUDGE: ?   (cds) |
| 84/07/20 | | APPEARANCES   KENNETH R. SHEMIN, ESQ. for Richard Mobley, et al.; JOHN MICHAEL CLEAR, ESQ. for Edward D. Jones & Co.; R. JOSEPH WESSENDARP, ESQ. for Morley P. Thompson; WILLIAM R. HARDY, ESQ. for R. S. Harrison.  (ds) |
| 84/07/24 | | APPEARANCE -- GENE MESH, ESQ. for Ralph Bedel, et al.  (ds) |
| 4/07/24 | 2 | REQUEST FOR EXTENSION OF TIME -- filed by pltfs. Richard Mobley, et al. -- GRANTED TO AND INCLUDING August 6, 1984 to pltfs. Mobley, et al.  Counsel was notified.  (ds) |
| 84/07/26 | 3 | RESPONSE/MEMORANDUM -- Pltf. Ralph Bedel, et al. -- w/Exhibits and cert. of svc. (emh) |
| 84/07/31 | | AMENDED CERTIFICATE OF SERVICE -- attached to pleading #3 (cds) |
| 84/08/06 | | HEARING ORDER -- setting motion to transfer A-1 and A-2 for Panel in San Francisco, California on September 20, 1984 (ds) |
| 84/08/06 | 4 | RESPONSE, MEMORANDUM -- Richard Mobley, Trustee, et al. -- w/Exhibit and cert. of service  (cds) |
| 84/08/09 | 5 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Deft. Edward D. Jones -- GRANTED to & including August 15, 1984 to MOVANTS (cds) |
| 84/08/15 | 6 | REPLY BRIEF -- Edward D. Jones & Co. -- w/Exhibits A and B and cert. of svc (cds) |
| 84/09/12 | 7 | NOTICE OF POTENTIAL TAG ALONG ACTION -- Cleva Bierman v. Edward D. Jones, Jr., etc., E.D. Arkansas, C.A. No. LR-C-84-594 -- filed by Edward D. Jones, Jr.  w/cert. svc. (rh) |

P. 2

84/09/18   8   SUPPLEMENTAL RESPONSE -- pltf. Ralph Bedel, et al. -- w/cert.
of svc. (rh)

84/09/19       HEARING APPEARANCES -- JOHN MICHAEL CLEAR, ESQ. for Edward D.
Jones & Co.; KENNETH R. SHEMIN, ESQ. for Richard Mobley,
et al. (ds)

84/09/19       WAIVERS -- Peat, Marwick, Mitchell & Co.; Morley P. Thompson (ds)
84/10/16   CONSENT OF TRANSFEREE DISTRICT (for transfer of action to
Judge Porter) -- signed by Judge Rubin (cds)

84/10/16       TRANSFER ORDER -- transferring action to Judge David S.
Porter in the Southern District of Ohio -- NOTIFIED INVOLVED
JUDGES, CLERKS, COUNSEL AND RECIPIENTS (cds)

84/11/07       CONDITIONAL TRANSFER ORDER FILED TODAY -- B-3 Cleva Bierman
v. Edward D. Jones & Co., E.D. Arkansas, C.A. No.
LR-C-84-0594 Notified involved counsel and judges (rh)

84/11/20   9   NOTICE OF OPPOSITION -- B-3 Cleva Bierman v. Edward D. Jones
& Co., E.D. Arkansas, C.A. No. LR-C-84-594 -- filed by pltf.
Cleva Bierman -- Notified involved counsel and judges. (ds)

84/11/30   10  MOTION/BRIEF TO VACATE CTO -- B-3 Cleva Bierman v. Edward D.
Jones & Co., E.D. Arkansas, C.A. No. LR-C-84-05-94 -- filed
by pltf. Cleva Bierman w/cert. of svc. (ds)

84/12/10   11  RESPONSE (to pldg. #10) -- Edward D. Jones & Co. -- w/cert.
of service (cds)

84/12/14       HEARING ORDER -- Setting motion for transfer of B-3 for Panel
Hearing in New Orleans, Louisiana on January 24, 1985 (rh)

85/01/22       WAIVERS OF ORAL ARGUMENT:  ALL WAIVED (cds)

85/02/07       TRANSFER ORDER -- transferring B-3 Cleva Bierman v. Edward D.
Jones, Jr., E.D. Arkansas, C.A. No. L-R-C-84-594 to the S.D.
Ohio pursuant to 28 U.S.C. §1407.  Notified involved clerks,
judges, counsel and misc. recipients (rh)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 606 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/02/21 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-4 Phyllis L. Bray Bargo, et al. v. Edward D. Jones & Co., W.D. Mich., M-84-298-CA-2; B-5 George W. Hill, et al. v. Edward D. Jones & Co., E.D. Mo., 85-0028-C-A; B-6 Glenn E. Ewing v. Dick Hudson, et al., W.D. Mo., 84-1158; B-7 Charles A. Townley, et al. v. Mark Kliethermes, et al., W.D. Mo. 84-1176 -- Notified involved counsel and judge (rh) |
| 85/03/11 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-4 Phyllis L. Bray Bargo, et al. v. Edward D. Jones & Co., W.D. Mich., M-84-298-CA-2; B-5 George W. Hill, et al. v. Edward D. Jones & Co., E.D. Mo., 85-0028-C-A; B-6 Glenn E. Ewing v. Dick Hudson, et al., W.D. Mo., 84-1158; B-7 Charles A. Townley, et al. v. Mark Kliethermes, et al., W.D. Mo. 84-1176 -- Notified involved clerks and judge (emh) |
| 85/06/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 George E. Mudd v. Richard Lawson, et al., W.D. Missouri, C.A. No. 85-0270-CV-W-5 -- Notified involved counsel and judge (rh) |
| 85/06/19 | 12 | NOTICE OF OPPOSITION -- B-8 George E. Mudd v. Richard Lawson, et al., W.D. Missouri, C.A. No. 85-0270-CV-W-5 -- Notified involved counsel and judge (rh) |
| 85/07/11 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-8 George E. Mudd v. Richard Lawson, et al., W.D. Missouri, C.A. No. 85-0270-CV-W-5 -- Notified involved counsel and judges (ds) |
| 85/09/09 | 13 | MOTION/MEMORANDUM TO TRANSFER W/CERT. OF SVC. -- Deft. Edward D. Jones & Co. -- (C-10 Rosalyn Schindewolf v. Edward D. Jones, et al., E.D. Mo., C.A. No. 85-0514-C-6) -- Notified involved counsel -- (ALSO DOCKETED IN MDK-646 (COUNSEL RESPONDING TO MOTION MUST REFER TO MDL-606 UNLESS THE PLEADING RELATES SOLELY TO THE MDK-646 PROCEEDINGS)  (ds) |
| 85/09/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-9 Ray L. Bowles v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-85-167-BU -- Notified involved counsel and judges  (rh) |
| 85/09/23 | 14 | NOTICE OF OPPOSITION TO CTO (C-9 Ray L. Bowles v. Edward D. Jones & Co., et al., D. Montana, #CV085-167-BU -- pltf. Ray L. Bowles -- Notified involved counsel  (cds) |
| 85/09/27 | 15 | RESPONSE -- PLAINTIFF SCHINDEWOLF to pleading #13 (C-10) Schindewolf v. Jones, E.D. Mo., C.A. No. 85-0815-C-6 w/cert. of Svc. (rew) |

| | | |
|---|---|---|
| 85/10/07 | 16 | MOTION TO VACATE CTO, W/BRIEF (C-9) Ray L. Bowles v. Edward D. Jones & Co., et al., D. Mont., CV-85-167-BU -- pltf. Ray L. Bowles -- w/cert. of service (cds) |
| 85/10/10 | 17 | RESPONSE (to pldg. #15) -- Edward D. Jones & Co. -- w/cert. of service (cds) |
| 85/10/18 | | HEARING ORDER -- setting opposition D.H. Baldwin to transfer of C-9 -- Ray L. Bowles v. edward D. Jones & Company, et al., and Motion of Edward D. Jones for transfer of C-10 -- Rosalyn Schindewolf v. Edward D. Jones, Inc., et al. for hearing on 11/21/85 in Portland, Oregon. (paa) |
| 85/10/23 | 18 | RESPONSE -- (to pldg. #16) -- Edward D. Jones & Co. -- w/cert. of svc.  (rh) |
| 85/10/30 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-11 Ruth Bainter, et al. v. Edward D. Jones & Co., et al., C.D. Illinois, C.A. No. 85-1334 -- Notified involved counsel and judges. (ds) |
| 85/11/18 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-11 Ruth Bainter, et al. v. Edward D. Jones & Co., et al., C.D. Illinois, C.A. No. 85-1334 -- Notified involved judges and clerks. (rh) |
| 85/11/20 | | WAIVERS OF ORAL ARGUMENT -- ALL WAIVED (cds) |
| 85/12/03 | | TRANSFER ORDER -- transferring C-9 Ray L. Bowles v. Edward D. Jones & Co., et al., D. Montana, C.A. No. CV-85-167-BU -- Notified involved clerks, jduges and counsel  (cds) |
| 85/12/03 | | ORDER -- Transferring C-10 Rosalyn Schindewolf v. Edward D. Jones, Inc., et al., E.D. Mo., C.A. No. 85-0514-C to the S.D. Ohio for pretrial proceedings with the MDL-606 actions; Remanding the Petro-Lewis claims in Schindewolf to the Eastern District of Missouri and Transferring the Petro-Lewis claims to the District of Colorado for pretrial proceedings with the MDL-646 actions.  Notified involved clerks, judges and counsel.  (ds) |
| 86/03/17 | 19 | MOTION, BRIEF -- Defendant R. Rowland Co., Inc. for transfer of action to the S.D. of Ohio for inclusion in proceedings -- (C-12) Caldwell v. R. Rowland Co., Inc., E.D. MO., C.A. No. 85-1956-C-4.  (paa) |

8.5

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.   606 --   In re D.H. Baldwin Debentures Due 1994 Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/04/02 | 20 | BRIEF -- Plaintiff Caldwell (re pleading # 19) w/exhibits A and B and certificate of service (tmq) |
| 86/04/04 | 21 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- filed by R. Rowland & Co., Inc. -- GRANTED to & including April 16, 1986 to deft. R. Rowland & Co., Inc. (paa) |
| 86/04/11 | | HEARING ORDER -- Setting motion to transfer of C-12 (Caldwell) for Panel hearing in Washington, D.C. on May 16, 1986 (cds) |
| 86/04/17 | 22 | REPLY (to pldg.#20) -- deft. Rowland & CO., Inc. -- w/cert of svc (tmq) |
| 86/05/16 | | HEARING APPEARANCES -- (hearing 5/16/86) ALL WAIVED ORAL ARGUMENT (rh) |
| 86/05/23 | | TRANSFER ORDER -- Transferring (C-12) Herman V. Caldwell, et al. v. R. Rowland Co., Inc., E.D. Mo., C.A. No. 85-1956-C-4 to the S.D. of Ohio, and Order further remands Counts I,V & IX remanded to the E.D. MO. -- Notified clerks, judges and involved counsel. (paa) |
| 87/05/14 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-5 George W. Hill, et al. v. Warren K. Akerson, et al., E.D. Mo., C.A. No. 85-0028-C-A -- Notified involved counsel and judges. (tmq) |
| 87/06/01 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-5 George W. Hill, et al. v. Warren K. Akerson, et al., S.D. Ohio, C.A. No. C-1-85-0724 (E.D. Missouri, C.A. No. 85-0028-C-A) -- Notified involved judges and clerks. (tmq) |
| 87/06/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-13 Elaine Thorpe v. Edward D. Jones & Company, et al., D. Montana, C.A. No. CV-87-98-Blg-JFB -- Notified involved counsel and judges (rh) |
| 87/06/16 | 23 | NOTICE OF OPPOSITION -- Pltf. Thorpe (re: C-13) -- (See 646 E-20) -- Notified involved counsel and judges. (tmq) |

JPML FORM 1A

*p. 6.*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **606** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/06/29 | 24 | MOTION TO VACATE CONDITIONAL ORDER -- Pltf. in (C-13) Elaine Thorpe v. Edward D. Jones & Co., et al., D. Montana, C.A. No CV-87-98-Bld-JFB -- w/Memorandum in Support and Attachments. (tmq) |
| 87/07/13 | 25 | RESPONSE (to pldg. #24) -- defts. Edward D. Jones & Co.; and Larry G. Richardson -- w/cert. of service  (cds) |
| 87/07/27 | 26 | AFFIDAVIT OF PLAINTIFF ELAINE THORPE -- w/cert. of service (cds) |
| 87/07/27 | 27 | AFFIDAVIT OF LEE OVERFELT -- w/cert. of service  (cds) |
| 87/07/30 |  | HEARING ORDER -- Setting opposition of plaintiff (C-13) Elaine Thorpe v. Edward D. Jones & Company, et al., D. Montana, C.A. No. CV87-98-Blg-JFB (See Also MDL-646 E-20) for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges.  rew |
| 87/08/17 | 28 | RESPONSE -- (to pldg. #26) -- W/ AFFIDAVIT OF LARRY RICHARDSON -- Filed by Edward D. Jones & Co. and Larry G. Richardson -- w/cert. of svc. (rh) |
| 87/08/24 | 29 | CORRECTED RESPONSE TO PLDG. #28 -- Edward D. Jones & Co. and Larry G. Richardson -- w/cert. of svc. (rh) |
| 87/09/15 | 30 | REPLY -- Filed by Plaintiff Elaine Thrope -- W/Affidavit and certificate of service (See also MDL-646 #54) (paa) |
| 87/09/16 |  | ALL WAIVED ORAL ARGUMENT  (cds) |
| 87/09/25 |  | ORDER VACATING CONDITIONAL TRANSFER ORDER -- C-13 Elaine Thrope v. Edward D. Jones & Company, et al., D. Montana, C.A. No. CV87-98-Blg-JFB -- Notified involved judges, clerks and counsel. (tmq) |
| 87/12/02 | 31 | ORDER, FROM S.D. OHIO RECOMMENDED REMAND OF C-13 THORPE -- CONDITIONAL REMAND ORDER FILED BY PANEL ON 5/14/87 AND FINAL ON 6/01/87. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### 606 -- In re D.H. Baldwin Debentures Due 1994 Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/12/04 | 32 | SUGGESTIONS FOR REMAND -- Judge Porter Recommending Remand of (B-8, C-9, C-12). (tmq) |
| 87/12/04 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-8 George Mudd, et al. v. Edward D. Jones & Co., et al., S.D. Ohio, C.A. No. C-1-85-1247 (W.D. Missouri, C.A. No. 85-0270-CV-W-5); C-9 Ray L. Bowles v. Edward D. Jones & Co., et al., S.D. Ohio, C.A. No. C-1-85-1846 (D. Montana, C.A. No. CV-85-167-BU); C-12 Herman V. Caldwell v. R. Rowland & Co., et al., S.D. Ohio, C.A. No. C-1-86-448 (E.D. Missouri, C.A. No. 85-1956-C-4) -- Notified involved counsel and judge. (tmq) |
| 87/12/22 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-8 George Mudd, et al. v. Edward D. Jones & Co., et al., S.D. Ohio, C.A. No. C-1-85-1247 (W.D. Missouri, C.A. No. 85-0270-CV-W-5); C-9 Ray L. Bowles v. Edward D. Jones & Co., et al., S.D. Ohio, C.A. No. C-1-85-1846 (D. Montana, C.A. No. CV-85-167-BU) and C-12 Herman V. Caldwell v. Rowland & Co., et al., S.D. Ohio, C.A. No. C-1-86-448 (E.D. Missouri, C.A. No. 85-1956-C-4) -- Notified involved judge and clerks (rh) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 606 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  In re D.H. Baldwin Debentures Due 1994 Securities Litigation

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/20/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 16, 1984 | TO | Unpublished | S.D. Ohio *648* | David S. Porter | |

### Special Transferee Information

DATE CLOSED:  December 4, 1987

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

Southern District of Ohio
Hon. David S. Porter

DOCKET NO. __606__ -- __In re D.H. Baldwin Debentures Due 1994 Securities Litigation__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Richard Mobley, et al. v. Edward D. Jones & Co. | E.D.Ark. Howard | LR-C-84-403 | 10/16/84 | C-7-84-1547 | 3/16/87D | |
| A-2 | Ralph Bedel, et al. v. Morley P. Thompson, et al. | S.D.Ohio Porter | C-1-83-1990 | NT | | 12/13/84R D | |
| B-3 | Cleva Bierman v. Edward D. Jones & Co. 11-7-84 opposed 11/20/84 | E.D.Ark. Roy | LR-C-84-05 94 | 27-85 | C-1-85-41 | 2/17/87D | |
| B-4 | Phyllis L. Bray Bargo, et al. v. Edward D. Jones & Co. 9-21-85 | W.D.Mich. Hillman | M-84-298-CA-2 | 3/11/85 | C-1-85-723 | 3/7/87D | R |
| B-5 | George W. Hill, et al. v. Warren K. Akerson, et al. 2-21-85 | E.D.Mo. Harper | 85-0028-C-A | 3/11/85 | C-1-85-724 | 6/1/87 R | |
| B-6 | Glenn E. Ewing v. Dick Hudson, et al. 2-21-85 | W.D.Mo. Barlett | 84-1158 | 3/11/85 | C-1-85-725 | 3/16/87D | |
| B-7 | Charles A. Townley, et al. v. Mark Kliethermes, et al. 2-21-85 | W.D.Mo. Barlett | 84-1176 | 3/11/85 | C-1-85-726 | 3/16/87D | |
| B-8 | July 1985 - 6 TR / 1 XV 2 - 3 pending George E. Mudd v. Richard Lawson, et al. 6-4-85 opposed 6/19/85 | W.D.Mo. Wright | 85-0270-CV-W-5 | 1-11-85 | C-1-85-1247 | 11/3/87D | 12-22-87 |
| C-9 | Ray L. Bowles v. Edward D. Jones & Company, et al. 9-10-85 opposed 9/23/85 | D.Mont. Murray | CV-85-167-BU | 12/3/85 | C-1-85-1846 | 11/3/87D | 12-22-87 |
| C-10 | Rosalyn Schindewolf v. Edward D. Jones Inc., et al. | E.D.Mo. Gunn | 85-0514-C-6 | 1/4/85 | C-1-85-1845 | 3/16/87D | moved to 9/1/88 |

DOCKET NO. 606 -- In re D.H. Baldwin Debentures Due 1994 Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-11 | Ruth Bainter, et al. v. Edward D. Jones & Company, et al. 10/30/85 | C.D.Ill. Mimh | 85-1334 | 11-18-95 | 85-1809 | 10/20/82 D | |
| C-12 | Herman V. Caldwell, et al. v. R. Rowland & Co., Inc. | E.D.,MO. Cahill | 85-1956-C-4 | 5/23/86 | 31-15 | 11/13/87 D | 12-22-87 R T.O. |
| | July 1986 - 5 TR / 12 Pdg. (includes C-12) | | | | | | |
| | July 1987 - 0 TR / 7 Dis / 5 Pending | | | | | 9/25/87 | |
| C-13 | Elaine Thorpe v. Edward D. Jones & Co., et al | D.Mont. Battin | CV87-96-BLg-JFB | | VACATED | | |
| | 6-1-87 opposed 6/16/87 | | | | | | |
| | July 1988 - 5 Dis / Docket Closed | | | | | | |
| | 4 Rem / 1 Dis / | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>606</u> -- <u>In re D.H. Baldwin Debentures Due 1994 Securities Litigation</u>

Plaintiffs' Liaison Counsel Appointed by J. Porter Order dated 10/7/85

| PLAINTIFFS' LIAISON COUNSEL | DEFENDANTS LIAISON COUNSEL |
|---|---|
| Gene Mesh, Esquire | William R. Hardy, Esquire |
| 3133 Burnet Avenue | Craydon, Head & Ritchey |
| P.O. Box 29073 | 1900 Fifth Tird Center |
| Cincinnati, Ohio   45229 | P.O. Box 6464 |
|  | Cincinnati, Ohio   45201 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 606 -- In re D. H. Baldwin Debentures Due 1994 Securities

Litigation

| | |
|---|---|
| RICHARD MOBLEY, ET AL. (A-1)<br>Kenneth R. Shemin, Esquire<br>Rose Law Firm<br>120 E. Fourth Street<br>Little Rock, Arkansas 72201 | EDWARD D. JONES & COMPANY<br>John Michael Clear, Esquire<br>Bryan, Cave, McPheeters & McPheeters<br>500 North Broadway<br>Suite 2100<br>St. Louis, Missouri 63102 |
| RALPH BEDEL, ET AL. (A-2)<br>Gene Mesh, Esquire<br>Gene Mesh Co., L.P.A.<br>3133 Burnet Avenue<br>Post Office Box 29073<br>Cincinnati, Ohio 45229 | MORLEY P. THOMPSON<br>R. Joseph Wessendarp<br>Shaffer & Meurer<br>105 East Fourth Street<br>Suite 1700<br>Cincinnati, Ohio 45202 |
| | R. S. HARRISON<br>William R. Hardy, Esquire<br>Graydon, Head & Ritchey<br>1900 Fifth Third Center<br>Post Office Box 6464<br>Cincinnati, Ohio 45201 |
| | GOORON ADAMSON   (No app. rec'd)<br>Gordon Adamson, Pro se<br>Post Office Box 490<br>Lake Forest, Illinois 60045 |
| | JAMES E. SCHWAB<br>Robert J. Meyers, Esquire<br>Suite 1405<br>105 E. Fourth Street<br>Cincinnati, Ohio 45202 |
| | PEAT MARWICK MITCHELL & CO.<br>John C., Elam, Esquire<br>52 East Gay Street<br>Post Office Box 1008<br>Columbus, Ohio 43216<br>(No app. rec'd) |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __606__ -- In re D. H. Baldwin Debentures Due 1994 Securities Litigation

| | |
|---|---|
| NOTICE OF OPPOSITION filed 11/20/84 | JACK L. CAHILL (Deft. in B-7) |
| CLEVA BIERMAN (B-3) | ROGER RINEY (Deft. in B-5) |
| James M. McHaney, Jr., Esquire | RAY ROBBINS, JR. (Deft. in B-5, B-6, B-7) |
| Owens, McHaney & Calhoun | PHILLIP SCHWAB (Deft. in B-5, B-6, B-7) |
| 1021 First Commercial Bldg. | ROBERT SEIBEL (Deft. in B-5, B-7) |
| Little Rock, Arkansas  72201 | LAWRENCE SOBEL (Deft. in B-5, B-7) |

NOTICE OF OPPOSITION filed 11/20/84
CLEVA BIERMAN (B-3)
James M. McHaney, Jr., Esquire
Owens, McHaney & Calhoun
1021 First Commercial Bldg.
Little Rock, Arkansas  72201


PHYLLIS L. BRAY BARGO, ET AL. (B-4)
John L. Mouw, Esquire
McNeil, Mouw & Torreano
P.O. Box 747
Iron Mountain, Michigan  49801

GEORGE W. HILL, ET AL. (B-5)
Anthony L. Anderson, Esquire
Anderson, Preuss & Bachman
222 South Meramce
Suite 300
Clayton, Missouri  63105

WARREN K. AKERSON (Deft. in B-5, B-6, B-7)
JOHN W. BACHMANN (Deft. in B-5, B-7)
THOMAS BAUMGARDER (Deft. in B-5, B-7)
DONALD BOLIN (Deft. in B-5, B-7)
WILLIAM BORGSTADT (Deft. in B-5, B-7)
JOHN BOROTA (Deft. in B-5, B-6, B-7)
MORTON BROWN (Deft. in B-5, B-6, B-7)
RICHARD CHRISTENSEN, SR. (Deft. B-5,6,7)
RICHARD CHRISTENSEN, JR (Deft. in B-5)
DAVID CLAPP (Deft. in B-5, B-7)
NORMAN EICEMAN (Deft. in B-5, B-7)
DWIGHT ERSKINE, II (Deft. in B-5,.6,7)
JAMES GOODNIGHT (Deft. in B-5)
TONY GREEN (Deft. in B-5)
ROBERT GREGORY (Deft. in B-5, B-6, B-7)
KRAIG HANSEN (Deft. in B-5)
JAMES HARROD (Deft. in B-5, B-6, B-7)
JOHN C. HEISLER (Deft. in B-5, B-7)
DOUGLAS HILL (Deft. in B-5, B-6, B-7)
FRANK KEY (Deft. in B-5, B-7)
RONALD LEMONDS (Deft in B-5, B-7)
RICHIE MALONE (Deft in B-5, B-7)
JAMES MCKENZIE (Deft. in B-5, B-6)
JOHN M. PHELAN (Deft. in B-5, B-7)
DARRYL L. POPE (Deft. in B-5, B-6, B-7)
JAMES WEDDLE (Deft. in B-6, B-7)
JOHN D. BEUERLEIN (Deft. in B-7)
LONNIE J. BROCKMEIER (Deft. in B-7)
ALLEN J. BUBALO (Deft. in B-7)

JACK L. CAHILL (Deft. in B-7)
ROGER RINEY (Deft. in B-5)
RAY ROBBINS, JR. (Deft. in B-5, B-6, B-7)
PHILLIP SCHWAB (Deft. in B-5, B-6, B-7)
ROBERT SEIBEL (Deft. in B-5, B-7)
LAWRENCE SOBEL (Deft. in B-5, B-7)
JERRY STEIN (Deft. in B-5)
MANNING STEINMETZ (Deft. in B-5, B-6, B-7)
ROGER THOMAS (Deft. in B-5, B-7)
JAMES BALLINGER (Deft. in B-6, B-7)
ROBERT J. BECK (Deft. in B-6, B-7)
DANIEL A. BURKHARDT (Deft. in B-6, B-7)
RANDAL A. DICKENSON (Deft. in B-6, B-7)
NORMAN EAKER (Deft. in B-6)
JOHN A. FOWLER (Deft. in B-6)
GLENNON D. HUNN (Deft. in B-6, B-7)
BARBARA K. JOHNSON (Deft. in B-6, B-7)
MELLANY F. JONES (Deft. in B-6, B-7)
CHARLES R. LARIMORE (Deft. in B-6, B-7)
STEVEN F. LITCHFILED (Deft. in B-6)
WILLIAM D. MURPHY (Deft. in B-6, B-7)
LESTER K. OSBOURN (Deft. in B-6, B-7)
RONALD H. SMITH (Deft. in B-6, B-7)
MARK KLIETHERMES (Deft. in B-7)
Reed O. Gentry, Esquire
Field, Gentry, Benjamin
  & Robertson
601 E. 11th Street
Kansas City, Missouri  64106

GLENN E. EWING (B-6)
CHARLES A. TOWNLEY (B-7)
Roy Bash, Esquire
Miller & Bash
222 Plaza Center Bldg.
800 West 47th Street
Kansas City, Missouri  64112

DICK HUDSON (Deft. in B-6)
Bryan, Cave, McPheeters & McRoberts
(Same as Edward D. Jones & Co.)

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-606 -- In re D. H. Baldwin Debentures Due 1994 Securities Litigation
DOCKET NO.      --
MDL-646 -- In re Petro-Lewis Securities Litigation

Elaine Thorpe v. Edward D. Jones & Co., et al., D. Mont., C.A. No.
CV87-96-BLG-JFB

---

ELAINE THORPE (Plaintiff)
Lee Overfelt, Esquire
27 Grand Avenue
Billings, MT  59101

COUNSEL INVOLVED IN MDL-606

PLAINTIFFS' LIAISON COUNSEL
Gene Mesh, Esquire
3133 Burnet Avenue
P.O. Box 29073
Cincinnati, OH  45229

DEFENDANTS LIAISON COUNSEL
William R. Hardy, Esquire
Craydon, Head & Ritchey
1900 Fifth Tird Cener
P.O. Box 6464
Cincinnati, OH  45201

COUNSEL INVOLVED IN MDL-646

LIAISON COUNSEL FOR PLAINTIFFS
IN EDWARD D. JONES & CO. LITIGATION
John Wiegand, Esquire
Kavanagh, Scully, Sudow, White
 & Frederick, P.C.
700 Commercial National Bank Plaza
Peoria, IL  61602

LIAISON COUNSEL FOR DEFENDANTS IN
PETRO-LEWIS OPT-OUT LITIGATION
Frederick J. Baumann, Esquire
Rothgerber, Appel, Powers & Johnson
One Tabor Center
1200 17th St., Suite 2800
Denver, CO  80202

Charles E. Davidow, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037-1420

LIAISON COUNSEL FOR DEFENDANTS IN
EDWARD D. JONES & CO. LITIGATION
Bruce C. Oetter, Esquire
Bryan, Cave, McPheeters & McRoberts
500 North Broadway, Suite 2100
St. Louis, Missouri 63102-2186

LIAISON COUNSEL FOR DEFENDANTS IN
EDWARD D. JONES & CO. LITIGATION
Jeffrey L. Smith, Esquire
Cohen, Brame & Smith
1670 Broadway, Suite 3500
Denver, CO  80202

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 606 -- _____

_____

---

ABE W. DYE (Deft. in B-7)
MICHALE J. ESSER (Deft. in B-7)
STEPHEN J. HODGDON (Deft. in B-7)
LARRY K. JACKSON (Deft. in B-7)
GARRY E. MEIER (Deft. in B-7)
STEVEN NOVIK (Deft. in B-7)
GARY D. REAMY (Deft. in B-7)
STEPHEN T. ROBERTS (Deft. in B-7)
DONALD E. WALTER (Deft. in B-7)
Reed O. Gentry, Esquire
(Same as B-5, B-6, B-7)


DOUG ROSEN (Deft. in B-5)
Leo J. Asaro, Esquire
Bryan, Cave, McPheeters & McRoberts
Suite 2100
500 North Broadway
St. Louis, Missouri 63102


GEORGE E. MUDD (B-8)
Roy Bash, Esq.
Russell Tluscik, Esq.
Miller & Bash
4310 Madison
Kansas City, Missouri  64111

---

Additional defts. in B-8:
    NORMAN L. EAKER
    RICHARD LAWSON
    JOHN A. FOWLER
    Reed O. Gentry, Esq.
    (same as B-5,6,7)

    John Michale Clear, Esq.
    (Same as Edward D. Jones & Co.)

    RAY L. BOWLES (C-9)
    Robert L. Jovick, Esq.        opposed
    P.O. Box 1245                 9/23/85
    227 South Second Street
    Livingston, Montana  59047

    Motion filed 9/9/85

    ROSALYN SCHINDEWOLF (C-10)
    Louis J. Basso, Esquire
    Brown, James & Rabbitt, P.C.
    705 Olive Street
    Suite 1100
    St. Louis, Missouri  63101

    RUTH BAINTER, ET AL. (C-11)
    Richard Rinner, Esq.
    Kavanagh, Scully, Sudow,
    White & Frederick
    700 Commercial National Bank Bldg.
    Peoria, Illinois  61602

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  -- _____

GARY ALEFF
MARK BURNSIDES   (Defts. in C-11)
Leo J. Asaro
Bryan, Cave, McPheeters & McRoberts
(Same As Edward D. Jones & Co.)


R. ROWLAND & CO., INC.   (C-12)
     (see page 1, B-4)

HERMAN V. CALDWELL
Glenn E. Davis
Armsteong, Teasdale, Kramer
  & Vaughan
611 Olive St. Suite 1900
St. Louis, MO  63101-1782


ELAINE THORPE (C-13)
Lee Overfelt, Esquire
27 Grand Avnue
Billings, MT  59101

LARRY G. RICHARDSON   (Deft. C-13)

(Unable to determine counsel or
  address)

JPML FORM 3

p. ___1___

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __606__ -- In re D.H. Baldwin Debentures Due 1994 Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Edward D. Jones & Company | A-1, A-2, B-3, B-4, B-5, B-6, B-7 B-8, C-9, C-11 C-13 |
| Morley P. Thompson | A-2, C-11 |
| R.S. Harrison | A-2, C-11 |
| Gordon Adamson | A-2, C-11 |
| James E. Schwab | A-2, C-11 |
| ~~Edward D. Jones & Co.~~ dup. | |
| Peat Marwick Mitchell & Co. | A-2 |
| Warren K. Akerson | B-5, B-7, B-6 B-8, C-9 |
| John W. Bachmann | B-5, B-7, C-9 |
| Thomas Baumgarder | B-5, B-7, C-9 |
| Donald Bolin | B-5, B-7, B-8 |

p. 2

| | |
|---|---|
| William Borgstadt | B-5, B-7 |
| John Borota | B-5, B-6, B-7, B-8 |
| Morton Brown | B-5, B-6, B-7, B-8, C-9 |
| Richard Christensen, Jr. | B-5, B-6, B-7, B-8, C-9 |
| Richard Christensen, Sr. | B-5, |
| David Clapp | B-5, B-7, C-9 |
| Norman Eiceman | B-5, B-7, C-9 |
| Dwight Erskine II | B-5, B-6, B-7, B-8, C-9 |
| James Goodnight | B-5, C-9 |
| Tony Green | B-5, C-9 |
| Robert Gregory | B-5, B-6, B-7, B-8, C-9 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __606__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kraig Hansen | B-5, C-9 |
| James Harrod | B-5, B-6, B-7, B-8, C-9 |
| John C. Heisler | B-5, B-7, C-9 |
| Douglas Hill | B-5, B-6, B-7, B-8, C-9 |
| Frank Key | B-5, B-7 |
| Ronald Lemonds | B-5, B-7, C-9 |
| Richie Malone | B-5, C-9 |
| James McKenzie | B-5, B-6, B-7, B-8, C-9 |
| John M. Phelan | B-5, B-7, C-9 |
| Darryl L. Pope | B-5, B-6, B-7, B-8, C-9 |
| Roger Riney | B-5, |

p. ___4___

| | |
|---|---|
| Ray Robbins, Jr. | B-5, B-6, B-7, B-8, C-9 |
| Phillip Schwab | B-5, B-6, B-7, B-8, C-9 |
| Robert Seibel | B-5, B-7, C-9 |
| Lawrence Sobel | B-5, B-7, C-9 |
| Jerry Stein | B-5, C-9 |
| Manning Steinmetz | B-5, B-6, B-7, C-9 |
| Roger Thomas | B-5, B-7, C-9 |
| James Ballinger | B-6, B-7, B-8, C-9 |
| Robert J. Beck | B-6, B-7, B-8 |
| Daniel A. Burkhardt | B-6, B-7, B-8, C-9 |
| Randal A. Dickenson | B-6, B-7, B-8 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 606 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Norman Eaker | B-6 , B-7 , B-8, B-9 |
| John A. Fowler | B-6 , B-7 , C-9 , B-8 |
| Glennon D. Hunn | B-6 , B-7 , B-8 |
| Barbara K. Johnson | B-6 , B-7 , B-8 |
| Mellany F. Jones | B-6 , B-7 , B-8 |
| Charles R. Larimore | B-6 , B-7 , B-8 , C-9 |
| Steven F. Litchfiled | B-6 , B-8 |
| William D. Murphy | B-6 , B-7 , B-8 , C-9 |
| Lester K. Osbourn | B-6 , B-7 , B-8 |
| Ronald H. Smith | B-6 , B-7 , B-8 |
| Mark Kliethermes | B-7 |

p. 6

| | |
|---|---|
| Dick Hudson | B-6 |
| James Weddle | B-7 |
| John D Bemerlein | B-7, C-9 |
| Lonnie J. Brockmeier | B-7 |
| Allen J. Bubilo | B-7 |
| Jack L. Cahill | B-7, C-9 |
| Abe Dye | B-7 |
| Michael J. Esser | B-7 |
| Stephen J. Hodgson | B-7 |
| Larry H. Jackson | B-7 |
| Harry E. Meier | B-7 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 606 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gary D Beamy | B-7 |
| Robert Stephen T. Roberts | B-7, C-9 |
| Donald E. Walter | B-7 |
| Richard Lawson | B-8 |
| Norman L. Eaker | B-8 |
| John A. Fowler | B-8 |
| James W. Harrod Oup. | C-9 |
| Edward D. Jones, Jr. | C-9 |
| Gary Alett | C-11 |
| Mark Burnsiles | C-11 |
|  | C-11 |

p. _____

| | |
|---|---|
| Larry Richardson | C-13 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |