JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 16 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 606

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE D. H. BALDWIN DEBENTURES DUE 1994 SECURITIES LITIGATION

TRANSFER ORDER

This litigation consists of two actions, filed in the District of Arkansas and the Southern District of Ohio, respectively. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Edward D. Jones & Company (Jones), the defendant in one action and a co-defendant in the other, to transfer the Arkansas action to the Southern District of Ohio for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in the Ohio action support the motion. Plaintiffs in the Arkansas action oppose transfer.

On the basis of the papers filed and the hearing held, the Panel finds that these two actions involve common questions of fact and that centralization under 28 U.S.C. §1407 in the Southern District of Ohio will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Both actions arise out of the sale in 1982 of $100 million in debentures issued by D. H. Baldwin Co. (Baldwin), a sale for which Jones was the lead underwriter. Each action is predicated on the contention that adverse information concerning Baldwin and affiliated companies was not disclosed, in violation of securities laws, to purchasers of the debentures. Moreover, overlapping class certifications have been sought in each action. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of Ohio is the appropriate forum for this litigation. We note that: 1) records and employees of Baldwin, Baldwin's parent, and Baldwin's accountants will be found in the metropolitan Cincinnati area, where Baldwin and its parent are headquartered; 2) bankruptcy proceedings of Baldwin and its parent are occurring in that district; and 3) the judge assigned the constituent action in that district has already acquired a familiarity with many of the facts and issues involved in these actions as a result of presiding over related actions involving securities fraud allegations in connection with the sale of stock of Baldwin's parent.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Arkansas be, and the same hereby is, transferred to the Southern District of Ohio and, with the consent of that court, assigned to the Honorable David S. Porter for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-606 -- In re D.H. Baldwin Debentures Due 1994 Securities Litigation</u>

    <u>Eastern District of Arkansas</u>

<u>Richard Mobley, et al. v. Edward D. Jones & Co.</u>, C.A. No. LR-C-84-403

    <u>Southern District of Ohio</u>

<u>Ralph Bedel, et al. v. Morley P. Thompson, et al.</u>, C.A. No. C-1-83-1990